MJC:pac   7592/1   \Pleadings\75921 3 Our Answer to First Amended Complaint 5-26-16

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIONEL MONSANTO | : | |
| | : | |
| VS. | : | C.A. NO. 1:16-cv-00147 |
| | : | |
| STATE OF RHODE ISLAND, by and Through its SECRETARY OF TREASURY, SETH MAGAZINER; JAMES DONNELLY TAYLOR, individually and in his official Capacity; GREGORY PALMER, individually and in his official capacity; RHODE ISLAND STATE POLICE; COLONEL STEVEN G. O'DONNELL, Individually and in his official capacity | : | **JURY DEMAND** |

## ANSWER OF DEFENDANT, JAMES DONNELLY-TAYLOR, TO FIRST AMENDED COMPLAINT

1. Denied.

2. Neither admitted nor denied.

3. Denied.

4. Admit.

5. Unknown and denied.

6. Admit.

7-11. No answer required by this defendant.

12. Admit.

13-15. Unknown and denied.

16-18. Admit.

19. Admit asked for documents.  Deny alleged response.

20. Admit generally.  Deny alleged sequence.

21. Denied.

22. Unknown and denied.

23. Denied.

24. Denied.

25. Admit as to passenger.

26. Unknown and denied.

27. Denied.

28. Denied.

29. Admit generally. Deny as to alleged sequence.

30. Denied.

31. Denied.

32. Denied.

33. Deny characterization of defendant's behavior.

34. Admit that the comment was made. Deny the sequence and characterization as alleged.

35. Denied.

36. Denied.

37. Unknown and denied.

38. Unknown and denied.

## COUNT I

### CIVIL RIGHTS VIOLATIONS UNDER 42 U.S.C. § 1983

39. Defendant incorporates his answers to the said realleged paragraphs.

40-42. Denied.

## COUNT II

### STATE OF RHODE ISLAND'S FAILURE TO TRAIN AND SUPERVISE

43. Defendant incorporates his answers to the said realleged paragraphs.

44-47. No answer required by this defendant and to the extent that the same contains allegations of wrongdoing, the same are denied.

## COUNT III

## CONSPIRACY TO VIOLATE PLAINTIFF'S CIVIL RIGHTS UNDER SECTION 1983

48.     Defendant incorporates his answers to the said realleged paragraphs.

49.     Denied.

50.     Denied.

## COUNT IV

## COLONEL STEVEN G. O'DONNELL'S SUPERVISORY LIABILITY UNDER 42 U.S.C. § 1983

51.     Defendant incorporates his answers to the said realleged paragraphs.

52-55.     No answer required by this defendant and to the extent that the same contains allegations of wrongdoing, the same are denied.

## COUNT V

## ASSAULT AND BATTERY

56.     Defendant incorporates his answers to the said realleged paragraphs.

57-59.     Denied.

## COUNT VI

## MALICIOUS PROSECUTION

60.     Defendant incorporates his answers to the said realleged paragraphs.

61-67.     Denied.

## COUNT VII

### FALSE IMPRISONMENT AND FALSE ARREST

68.     Defendant incorporates his answers to the said realleged paragraphs.

69-75.  Denied.


## COUNT VIII

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

76.     Defendant incorporates his answers to the said realleged paragraphs.

77-79.  Denied.

Wherefore, defendant demands judgment against the plaintiff.


### AFFIRMATIVE AND/OR OTHER DEFENSES

1.     Defendant pleads assumption of the risk.

2.     Defendant pleads qualified immunity.


DEFENDANT, James Donnelly-Taylor
By his Attorney,


/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI  02886
PHONE:  (401) 737-3700
FAX:  (401) 737-5499
EMAIL: mjc@olenn-penza.com

**CERTIFICATION**

      I hereby certify that I have filed the within with the United States District Court on this 26th day of May, 2016, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

Robert J. Caron, Esq.
478A Broadway
Providence, RI  02909
rjcaron@robertjcaronlaw.com

Rebecca Tedford-Partington, Esq.
Assistant Attorney General
Department of Attorney General
150 Pine Street
Providence, RI  02903
rpartington@riag.ri.gov

                                                      /s/ Michael J. Colucci